UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:25-mj-00680-EJY |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| WILLIAM CORNELIO ALEMAN, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for September 29, 2025, at the hour of 4:00 p.m., be vacated and continued to November 5, 2025 at 10:00 a.m. in Courtroom 3D.

DATED this __23rd__ day of September, 2025.

_____
HONORABLE ELAYNE J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3